# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-3653

_____

Filed: April 13, 2016

| | |
|---|---|
| In re: ANHEUSER-BUSCH BEER LABELING MARKETING AND SALES PRACTICES LITIGATION | 1:13md2448 DCN |

------------------------------

PLAINTIFFS' CO-LEAD COUNSEL; PLAINTIFFS' LIAISON COUNSEL;
JOSEPH HOPKINS, On Behalf of Himself and All Others Similarly Situated;
MIGUEL FIGUEROA, On Behalf of Himself and All Others Similarly Situated;
NICOLE MANGLE, On Behalf of Herself and All Others Similarly Situated;
BRIAN WILSON, On Behalf of Himself and All Others Similarly Situated;
MICHAEL SEIDENSTEIN, On Behalf of Himself and All Others Similarly Situated;
JOEL RICHARDSON, On Behalf of Himself and All Others Similarly Situated;
NINA GIAMPAOLI; JOHN ELBERT; THOMAS GREENBERG;
GERALD GREENBERG, On Behalf of Themselves and All Others Similarly Situated;
LUCIUS TISON KING; TONY MARAVILLA, Individually and on Behalf of All Others Similarly Situated

        Plaintiffs - Appellants

v.

ANHEUSER-BUSCH COMPANIES, LLC

        Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/22/2016 the mandate for this case hereby issues today.  Affirmed


COSTS:  None